USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9|16|09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AMUERFINA RAGUAL, individually and as the : 08 Civ. 8691 (SHS)
administratrix of the estate of Junior Ragual,
:
           Plaintiff,
:
    -against-                             ORDER
:
VICTORIA CRUISES, INC.,
:
           Defendant.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.     For the reasons set forth on the record, defendant's motion for partial summary judgment [9] is denied

       2.     The joint pretrial order is due on or before September 23, 2009;

       3.     Proposed jury charges and, if the parties wish, proposed *voir dire*, are due on or before September 25, 2009;

       4.     Defendant's motion *in limine* is due on or before September 24, 2009, and plaintiff's response is due on or before October 1, 2009; and

       5.     The trial of this action is adjourned to October 13, 2009, at 9:30 a.m.

Dated: New York, New York
       September 16, 2009

                                                   SO ORDERED:

                                                   Sidney H. Stein, U.S.D.J.