USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMUERFINA RAGUAL, individually
and as the administratrix of the estate of
JUNIOR RAGUAL                                      :    08 Civ. 8691 (SHS)

                Plaintiff,          :    ORDER

    -against-                                    :

VICTORIA CRUISES, INC.,                            :

                Defendants.         :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Upon reading and filing the Notice of Petition dated, November 11, 2009, and the Verified Petition of Amuerfina Ragual, individually and as Administratix of the Estate of Junior Ragual, deceased, sworn to on November 9, 2009, which petitions this Court for a compromise order permitting the settlement of this case for $70,000, and the declaration of Steven L. Barkan dated November 11, 2009 in support thereof, as well as the documents requested by the Court in its Order dated November 17, 2009, and no papers in opposition having been filed, it is hereby:

    ORDERED that the motion for approval of the proposed settlement is granted in all respects, except that the disbursements for "World Wide Dictation" and "Misc." are not included in the amount being awarded to plaintiff's attorneys, and it is further;

    ORDERED that the Death on the High Seas Act is the applicable law and the claim of the estate for conscious pain and suffering is dismissed, and it is further;

    ORDERED that the claim of Amuerfina Ragual, individually and as administratrix of the estate of Junior Ragual, be settled for the sum of $70,000 and it is further;

1

ORDERED that the defendants are directed to pay "the law firm of Steven L. Barkan, as attorneys for Amuerfina Ragual," $70,000 and it is further;

ORDERED that Steven L. Barkan is directed to pay Amuerfina Ragual individually $39,176.91, representing her pecuniary loss as a result of the death of her husband and $718.25 for disbursements. The balance, $30,104.84, is to be divided between counsel for the plaintiffs, as payment of their fees and disbursements.

Dated: New York, New York

November, 23, 2009

SO ORDERED:

Sidney H. Stein, U.S.D.J.